1

2

3

4

5

6

JS - 6

7               UNITED STATES DISTRICT COURT

8               CENTRAL DISTRICT OF CALIFORNIA

9

10

11 | TIMOTHY PETER RALBOVSKY, aka ) Case No. SACV 08-1376-CJC(RC)
   | JAMES J. RALBOVSKI, aka JAMES )
12 | J. RALBOVSKY, aka TIMOTHY     )
   | RALBOVSKI,                    )
13 |                               ) JUDGMENT
   |            Petitioner         )
14 | vs.                           )
   |                               )
15 | I.D. CLAY, WARDEN,            )
   |                               )
16 |            Respondent.        )
   | _____ )

17

18      Pursuant to the Opinion and Order on a petition for writ of

19 habeas corpus,

20

21      IT IS ADJUDGED that the petition for writ of habeas corpus and

22 action ARE SUMMARILY DISMISSED for lack of subject matter

23 jurisdiction.

24

25      DATED:   December 9, 2008

26                                   _____
                                          CORMAC J. CARNEY
27                                   UNITED STATES DISTRICT JUDGE

28 R&R-MDO\08-1376.jud
   12/5/08